No. 1029 (October Term, 1933). TRICOU *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for rehearing denied. See 292 U. S. 655.

No. 1044 (October Term, 1933). PATTEN *v.* UNITED STATES. October 8, 1934. Petition for rehearing denied. See 292 U. S. 645.

No. 1045 (October Term, 1933). ALEOGRAPH Co. *v.* WESTERN ELECTRIC Co., INC. October 8, 1934. Petition for rehearing denied. See 292 U. S. 656.

No. 1078 (October Term, 1933). LONG *v.* MICHIGAN. October 8, 1934. Petition for rehearing denied. See 292 U. S. 647.

No. 1083 (October Term, 1933). ILLINOIS EX REL. COBINE *v.* ANGSTEN, CHAIRMAN. October 8, 1934. Petition for rehearing denied. See 292 U. S. 648.

No. 254. PARAMOUNT PUBLIX CORP. *v.* AMERICAN TRI-ERGON CORP. See *ante*, p. 528.

No. 255. ALTOONA PUBLIX THEATRES, INC. *v.* AMERICAN TRI-ERGON CORP. ET AL.; and
No. 256. WILMER & VINCENT CORP. ET AL. *v.* SAME. See *ante*, p. 528.

No. 1083 (October Term, 1933). ILLINOIS EX REL COBINE *v.* ANGSTEN, CHAIRMAN. November 5, 1934. Petition for rehearing denied. See 292 U. S. 648.